IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DR. MAKETA S. JOLLY,

        *Petitioner,*

    v.

COMMONWEALTH OF PENNSYLVANIA,
*et al,*

        *Respondents.*

Civil Action No. 2:26-cv-856

Hon. William S. Stickman IV
Hon. Christopher B. Brown

## **ORDER OF COURT**

AND NOW, this ___ day of June 2026, after Petitioner Dr. Maketa S. Jolly ("Jolly") filed a Petition for Writ of Habeas Corpus (ECF No. 1), and after a thorough Report and Recommendation was filed by Magistrate Judge Christopher B. Brown recommending dismissal of the petition for lack of jurisdiction prior to service and a denial of a certificate of appealability (ECF No. 3), and having received Jolly's Objections (ECF No. 4), and after conducting its independent *de novo* review of the entire record, the Court hereby ADOPTS Magistrate Judge Brown's Report and Recommendation as its Opinion. It concurs with his thorough legal analysis, legal conclusions, and recommendations. The Court has independently reached the same conclusions as Magistrate Judge Brown.

The Court hereby OVERRULES Jolly's Objections (ECF No. 4).

IT IS HEREBY ORDERED that Jolly's Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED.

1

IT IS FURTHER ORDERED that a certificate of appealability is DENIED. Reasonable jurists would not find the Court's dismissal of this action debatable or wrong.[1]

IT IS FINALLY ORDERED that pursuant to Federal Rule of Appellate Procedure 4(a)(1), if Jolly desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided in Federal Rule of Appellate Procedure 3.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a [certificate of appealability] should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). On the other hand, when a district court has rejected a constitutional claim on its merits, a petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong, a demonstration that [ ] includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Id.* (citation omitted).